UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1273 (MJD/JGL)

ST. PAUL PAINTING INDUSTRY
HEALTH AND WELFARE FUND, et al.,

Plaintiffs,

v.

ORDER

TBI PAINTING, INC., et al.,

Defendants.

It appears that more than 120 days have elapsed since suit was filed and that no appearance has been entered by defendant(s). The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.

Accordingly, counsel for plaintiff is directed to:

1. Notify defense counsel immediately that he/she is required to make an appearance or move for an extension of time to do so;

2. File an application for entry of default unless the required pleading is filed within 10 days; or

3. Advise the Court in writing of any good cause to the contrary.

Failure to comply with this Order within 20 days of this date may result in dismissal of this action for failure to prosecute under Rule 41(b), Fed.R.Civ.P.

DATED: February 26, 2002

JONATHAN LEBEDOFF
U.S. Magistrate Judge

Filed FEB 27 2002 LR
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________