UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ORIGINAL

Civil File No. 01-CV-1273 MJD/JGL

ST. PAUL PAINTING INDUSTRY HEALTH AND WELFARE FUND, ST. PAUL PAINTING INDUSTRY PENSION FUND, ST. PAUL PAINTING INDUSTRY VACATION FUND,

Plaintiffs,

and

MINNEAPOLIS PAINTING INDUSTRY HEALTH AND WELFARE FUND, MINNEAPOLIS LOCAL 386 DRYWALL FINISHING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNESOTA PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND, MINNESOTA STATE CONFERENCE OF PAINTERS,

Plaintiffs,

vs.

TBI PAINTING, INC.,

Defendant.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss without prejudice Defendant TBI Painting, Inc. from the above-captioned matter.

FILED APR 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Date: March 18, 2002

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Atty. Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

*Attorneys for Plaintiffs*

**ORDER**

IT IS HEREBY ORDERED that Defendant TBI Painting, Inc. is dismissed from this action without prejudice.

Date: 3-22-02

[signature]
Michael J. Davis
Judge of District Court